```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                          Case No. 16-11186-amc
Russell W. Flade                                                Chapter 13
Donna E. Flade
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0313-2          User: Antoinett              Page 1 of 2                  Date Rcvd: Aug 24, 2016
                              Form ID: pdf900              Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2016.
db/jdb         +Russell W. Flade,    Donna E. Flade,    2016 Tulip Street,    Philadelphia, PA 19125-1912
13679324       +BAC Home Loans Servicing L.P,    7105 Corporate Drive,    Plano, TX 75024-4100
13761602        BANK OF AMERICA, N.A.,    Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
13679325       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13679326       +Bk Of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
13679328      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                  Richmond, VA 23238)
13679327       +Cap One Na,    Po Box 26625,    Richmond, VA 23261-6625
13706652        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13706653        Capital One, N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13679331       +Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13679333       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13679334       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13679336       +Comenity Bank/Avenue,    Po Box 182789,    Columbus, OH 43218-2789
13679337       +Comenity Bank/Fashbug,    Po Box 182272,    Columbus, OH 43218-2272
13679338       +Comenity Bank/Kingsize,    Po Box 182789,    Columbus, OH 43218-2789
13679339       +David Slobodinsky, D.D.S.,    244 E. Girard Avenue,    Philadelphia, PA 19125-3929
13721864       +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
13679341        Newegg.com Preferred Account,    PO Box 105658,    Atlanta, GA 30348-5658
13679342        PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
13679347       +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13735296        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 25 2016 01:59:47      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2016 01:59:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 25 2016 01:59:31      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Aug 25 2016 02:01:42      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13759933       +E-mail/Text: bncmail@w-legal.com Aug 25 2016 01:59:24      Comenity Capital Bank,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13725425        E-mail/Text: bkr@cardworks.com Aug 25 2016 01:58:48      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13679340       +E-mail/Text: bkr@cardworks.com Aug 25 2016 01:58:48      Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
13762170        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 25 2016 02:01:45
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13679343        E-mail/Text: nod.referrals@fedphe.com Aug 25 2016 01:58:52      Phelan Hallinan & Schmieg, LLP,
                 One Penn Center Plaza,    1617 John F. Kennedy Blvd. Suite 1400,    Philadelphia, PA 19103-1814
13734939        E-mail/Text: bnc-quantum@quantum3group.com Aug 25 2016 01:58:59
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13754861        E-mail/Text: bnc-quantum@quantum3group.com Aug 25 2016 01:58:59
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13686089        E-mail/PDF: rmscedi@recoverycorp.com Aug 25 2016 02:01:08
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13679344       +E-mail/PDF: gecsedi@recoverycorp.com Aug 25 2016 02:01:07      Syncb/Care Credit,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
13679345       +E-mail/PDF: gecsedi@recoverycorp.com Aug 25 2016 02:00:27      Syncb/Walm,    Po Box 981416,
                 El Paso, TX 79998-1416
13679346       +E-mail/PDF: gecsedi@recoverycorp.com Aug 25 2016 02:01:07      Syncb/Walmart Dc,    Po Box 965024,
                 Orlando, FL 32896-5024
13759396       +E-mail/Text: bncmail@w-legal.com Aug 25 2016 01:59:24      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13679329*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                  Richmond, VA 23238)
13679330*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                  Richmond, VA 23238)
13679332*      +Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13679335*      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13679348*      +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
```

```
District/off: 0313-2          User: Antoinett             Page 2 of 2                   Date Rcvd: Aug 24, 2016
                              Form ID: pdf900             Total Noticed: 37
```

            ***** BYPASSED RECIPIENTS (continued) *****
                                                                                          TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2016                                        Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2016 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Joint Debtor Donna E. Flade dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor Russell W. Flade dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                                :           Chapter 13

RUSSELL W. & DONNA E. FLADE


Debtor(s)
                                                     :           Bankruptcy No. 16-11186AMC


### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 24th day of August, 2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that      A.   a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;
   B.   the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provision of title 11 U.S.C.;
   C.   any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;
   D.   the plan has been proposed in good faith and not by any means forbidden by law;
   E.   the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under chapter 7 of title 11 on such date;
   F.   with respect to each allowed secured claim provided for by the plan-
      (1)   the holder of such claim has accepted the plan;
      (2)   (a)   the plan provides that the holder of such claim retain the lien securing such claim, and
            (b)   the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claims is not less than the allowed amount of such claim; or
      (3)   the debtor has agreed to surrender or has surrendered the property securing such claim to such holder of the claim; and
   G.   the debtor will be able to make all payments under the plan and to comply with the plan;
WHEREFORE, it is ORDERED:
1.   that the plan is CONFIRMED
2.   that pursuant to 11 U.S.C. 1327 the provisions of the confirmed plan bind the debtor and each of the creditors of the debtor, whether or not the claim of such creditor is provided for by the plan, and whether or not said creditor has objected to, has accepted or has rejected the plan; and
3.   that all property of the estate, including any income, earnings, other property which may become a part of the estate during the administration of the case which property is not proposed, or reasonably contemplated, to be distributable to claimants under the plan shall revest in the debtor(s); provided, however, that no property received by the trustee for the purpose of distribution under the plan shall revest in the debtor except to the extent that such property may be in excess of the amount needed to pay in full all allowed claims as provided in the plan.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge