```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                       Case No. 16-11186-amc
Russell W. Flade                                             Chapter 13
Donna E. Flade
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0313-2          User: Antoinett             Page 1 of 2                  Date Rcvd: Apr 16, 2019
                              Form ID: 138NEW             Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2019.
db/jdb         +Russell W. Flade,    Donna E. Flade,    2016 Tulip Street,    Philadelphia, PA 19125-1912
cr              BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL  33631-3785
cr             +SYNCHRONY BANK,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
13679324       +BAC Home Loans Servicing L.P,    7105 Corporate Drive,    Plano, TX 75024-4100
13761602        BANK OF AMERICA, N.A.,    Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
13679325       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13679326       +Bk Of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
13679331      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
13679333       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13679334       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13679339       +David Slobodinsky, D.D.S.,    244 E. Girard Avenue,    Philadelphia, PA 19125-3929
13679341        Newegg.com Preferred Account,    PO Box 105658,    Atlanta, GA 30348-5658
13679342       #PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
13679347       +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13735296        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 17 2019 03:17:12     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2019 03:16:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2019 03:16:54     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2019 03:21:21     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13679328        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2019 03:21:47
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
13679327       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2019 03:21:23      Cap One Na,
                 Po Box 26625,    Richmond, VA 23261-6625
13706652        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2019 03:21:23
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13706653        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2019 03:21:23      Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC 28272-1083
13679336       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 17 2019 03:16:09     Comenity Bank/Avenue,
                 Po Box 182789,    Columbus, OH 43218-2789
13679337       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 17 2019 03:16:09     Comenity Bank/Fashbug,
                 Po Box 182272,    Columbus, OH 43218-2272
13679338       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 17 2019 03:16:09     Comenity Bank/Kingsize,
                 Po Box 182789,    Columbus, OH 43218-2789
13759933       +E-mail/Text: bncmail@w-legal.com Apr 17 2019 03:16:43     Comenity Capital Bank,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13725425        E-mail/Text: bkr@cardworks.com Apr 17 2019 03:15:50     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13721864       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 17 2019 03:16:35     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
13679340       +E-mail/Text: bkr@cardworks.com Apr 17 2019 03:15:50     Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
13762170        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2019 03:21:49
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13679343       +E-mail/Text: nod.referrals@fedphe.com Apr 17 2019 03:15:57     Phelan Hallinan & Schmieg, LLP,
                 One Penn Center Plaza,    1617 John F. Kennedy Blvd. Suite 1400,    Philadelphia, PA 19103-1814
13734939        E-mail/Text: bnc-quantum@quantum3group.com Apr 17 2019 03:16:15
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13754861        E-mail/Text: bnc-quantum@quantum3group.com Apr 17 2019 03:16:15
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13686089        E-mail/PDF: rmscedi@recoverycorp.com Apr 17 2019 03:21:49
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
14265374       +E-mail/Text: bncmail@w-legal.com Apr 17 2019 03:16:43     SYNCHRONY BANK,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13679344       +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2019 03:20:57     Syncb/Care Credit,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
13679345       +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2019 03:20:59     Syncb/Walm,    Po Box 981416,
                 El Paso, TX 79998-1416
13679346       +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2019 03:20:57     Syncb/Walmart Dc,    Po Box 965024,
                 Orlando, FL 32896-5024
13759396       +E-mail/Text: bncmail@w-legal.com Apr 17 2019 03:16:43     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 25
```

```
District/off: 0313-2                  User: Antoinett              Page 2 of 2                  Date Rcvd: Apr 16, 2019
                                      Form ID: 138NEW              Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL  33631-3785
cr*           BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL  33631-3785
13679329*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                Richmond, VA 23238)
13679330*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                Richmond, VA 23238)
13679332*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
13679335*     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
14265377*     +SYNCHRONY BANK,    C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13679348*     +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
                                                                                               TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Joint Debtor Donna E. Flade dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Debtor Russell W. Flade dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Russell W. Flade and Donna E. Flade

      Debtor(s)

Bankruptcy No: 16−11186−amc

Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                        For The Court
                        Timothy B. McGrath
                        Clerk of Court

Dated: 4/16/19

                                      37 − 36
                                  Form 138_new